# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

VICTOR BERNARD WYNNE                                              PLAINTIFF

v.                    No. 2: 11CV00100 JLH-BD

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                    DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the final decision of Michael J. Astrue, Commissioner of the Social Security Administration, denying plaintiff Victor Bernard Wynne's applications for disability income benefits and supplemental security income, is AFFIRMED. Judgment is entered in favor of the Commissioner. This action is dismissed with prejudice.

IT IS SO ORDERED this 27th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE